UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DORN, aka JAMES DORN, JR., aka JAMES IRA DORN,<br><br>              Petitioner,<br><br>     vs.<br><br>DERRALL G. ADAMS,<br><br>              Respondent. | Case No. EDCV 08-1246-DDP(RC)<br><br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATE:  July 16, 2009

/s/ Dean D. Pregerson

          DEAN D. PREGERSON
     UNITED STATES DISTRICT JUDGE

R&Rs\08-1246.jud
3/13/09